ACCEPTED
03-14-00138-CR
8376607
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 1:17:06 PM
JEFFREY D. KYLE
CLERK

# Law Offices
## of
# Michael F. White, P.C.

### Attorneys at Law

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 1:17:06 PM
JEFFREY D. KYLE
Clerk

100 Kasberg Drive
Temple, TX 76502
Phone: (254)770-3388
Fax: (254)770-0883
email: lawyer@vvm.com

November 13, 2015

Mr. Larry Garrett
TDCJ # 00637069
East Texas Treatment Facility
900 Industrial Drive
Henderson, Texas 75653
CMRR# 70143490000106134069

RE: Larry Dewayne Garrett v. The State of Texas, 3-14-00138-CR, 2C1307176
Dear Mr. Garrett,

I am hereby forwarding to you by certified mail, return receipt requested, a copy of the decision of the Court of Appeals in your case. After addressing the issues, the Court affirmed the conviction. I regret you did not receive the relief you sought.

As I previously told you, I will not prepare or file a petition for discretionary on your behalf. You now have the right to ask the Texas Court of Criminal Appeals to review the decision of the Court of Appeals if you choose to do so. This request is made in the form of a Petition for Discretionary Review. You do not have the right to court appointed counsel to file such a petition but you may hire counsel to do so or you have the right to file the petition yourself.

I have already explained the petition process to you and sent you copies of rules that apply.

The time you file the petition for discretionary began on the date the opinion issued, a date clearly shown on the opinion. The petition for discretionary review must be filed within the 30 days after the day the court of appeals' judgement was rendered (that is, the date of the opinion). There is one exception: if a motion for rehearing is filed and overruled, the petition must be filed within 30 days after the day the last timely motion for rehearing was overruled by the court of appeals. If necessary, you may request an extension of time from the Court of Criminal Appeals. Any motion for extension of time to file petition for discretionary review must be timely filed under the rules.

As your petition is based upon the contentions raised in your appellant's brief filed in the Court of Appeals and the decision of the Court of Appeals analyzing the deciding those contentions, you now have the two documents (the brief and the court decision) which you need to prepare and file the Petition for Discretionary Review.

If you want to pursue further relief, the time for you to act is now. The court will expect you to fully comply with the rules and do so on a timely basis.

Respectfully yours,

Michael F. White
Attorney at Law


Attachments: letter from Court of Appeals dated 11/10/15,
    Memorandum Opinion & Judgment Rendered on November 10, 2015,
    Copy of Brief

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Brianna Lewis   ☐ Agent   ☐ Address

B. Received by (Printed Name)   C. Date of Delive

Brianna Lewis   11-23-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Larry Garrett
TDCJ # 00637069
East Texas Treatment Facility
900 Industrial Drive
Henderson, TX 75653

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandi
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7014 3490 0001 0613 4069

PS Form 3811, July 2013   Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

SHREVEPORT
LA 71
23 NOV '15

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

The Law Office of Michael F. White
100 Kasberg Drive Suite A
Temple, TX 76502